FILED

2013 JUN -4 PM 1:57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN NAYLOR, an individual; and CHRISTIAN NAYLOR dba NAYLOR CONSTRUCTION,<br><br>    Plaintiffs,<br>vs.<br><br>NAVIGATORS INSURANCE COMPANY, et al.,<br><br>    Defendants. | CASE NO. 12-CV-0297-BEN-WMC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE ACTION AGAINST GEMINI INSURANCE COMPANY**<br><br>[ECF No. 85] |

Plaintiffs Christian Naylor and Christian Naylor d.b.a. Christian Naylor Construction and Defendant Gemini Insurance Company ("Gemini") jointly move for dismissal of this action with prejudice pursuant to a confidential settlement and release. The motion is **GRANTED**. The action against Gemini is dismissed with prejudice. As Gemini was the only defendant left in this case, the clerk may close the file.

**IT IS SO ORDERED**.

DATED: June 4, 2013

HON. ROGER T. BENITEZ
United States District Court Judge

- 1 -